United States District Court
Southern District of Texas
**ENTERED**
February 26, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIMOTHY JERROLD KIPP, | § | |
| Petitioner, | § | |
| vs. | § | CIVIL ACTION H-16-0446 |
| WILLIAM STEPHENS, | § | |
| Respondent. | § | |

## MEMORANDUM AND OPINION

Petitioner filed this action seeking habeas corpus relief under 28 U.S.C. § 2254, challenging a conviction in the 277th Judicial District Court of Williamson County, Texas.

Under 28 U.S.C. § 2241(d), the district court in which the writ of habeas corpus was filed may transfer the writ to the district where the state court which convicted and sentenced the petitioner is located.

The Clerk is ORDERED to transfer this application for writ of habeas corpus to the Clerk of the Western District of Texas, Austin Division.

SIGNED at Houston, Texas, on February 26, 2016.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2016\16-0446.a01.wpd